FANN *v.* THE STATE.

LUMPKIN, P. J. · The evidence, which was entirely circumstantial, being insufficient to establish the guilt of the accused with that degree of certainty which the law requires in such cases, the verdict of guilty should have been set aside and a new trial granted.

*Judgment reversed. All the Justices concurring.*

Submitted November 20, — Decided November 27, 1900.

Accusation of adultery and fornication. Before Judge Robinson. City court of Wrightsville. October term, 1900.

*P. H. Martin* and *J. L. Kent,* for plaintiff in error.

*William Faircloth, solicitor,* contra.